United States District Court
Southern District of Texas
**ENTERED**
July 20, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| GRACIELA RODRIGUEZ,<br>    Plaintiff, | §<br>§<br>§<br>§ |  |
| v. | §<br>§<br>§ | Civil Action No. 1:16-CV-145 |
| U.S. BANK, N.A., as Trustee for the<br>Registered Holders of Structured Asset<br>Securities Corporation Mortgage Pass-<br>Through Certificate Series 2007-TCI<br>    Defendant. | §<br>§<br>§<br>§<br>§ |  |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. No. 5) in the above-referenced cause of action. No objections were filed by either party. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore **ORDERED** this case be transferred to the McAllen Division of the Southern District of Texas pursuant to 28 U.S.C. §1406(a).

Signed on this ___20th___ day of ___July___, 2016.

_____
Rolando Olvera
United States District Judge